IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SUPERIOR MRI SERVICES, INC., and
SUPERIOR MRI SERVICES, INC. as
Successor-in-Interest of P & L
CONTRACTING, INC.                                                              PLAINTIFFS

V.                                                              CAUSE NO.: 3:12CV113-SA-SAA

ALLIANCE HEALTHCARE SERVICES,
INC., formerly ALLIANCE IMAGING, INC.,
and D/B/A ALLIANCE IMAGING and
ALLIANCE IMAGING, INC., and
JOHN DOES DEFENDANTS I THROUGH X                                DEFENDANTS

ORDER ON MOTION

Pursuant to a Memorandum Opinion, Plaintiff's Motion to Dismiss [9] is GRANTED.

For the reasons listed in the Opinion, Plaintiff's complaint is dismissed.

SO ORDERED, this the 24th day of January, 2014.

       /s/ **Sharion Aycock**_____
      **U.S. DISTRICT JUDGE**